PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DUENAS AND HECTOR DUENAS,<br><br>Defendant. | CASE NO. 1:24-CR-00033-NODJ-BAM<br><br>STIPULATION AND ORDER RE: SETTING CASE FOR ARRAIGNMENT ON INDICTMENT;<br><br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 12, 2024.

2. On February 22, 2024, the grand jury returned a superseding indictment in this case.

3. By this stipulation, the parties now move to set the case for an arraignment on superseding indictment before Hon. Stanley A. Boone at 2:00 p.m. on March 13, 2024. Time has already been excluded through June 12, 2024, so no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: February 26, 2024                    PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ JUSTIN J. GILIO
                                             JUSTIN J. GILIO
                                             Assistant United States Attorney


Dated: February 26, 2024                    /s/ Marshall Hodgkins
                                             Marshall Hodgkins
                                             Counsel for Defendant
                                             Jose Duenas


Dated: February 26, 2024                    /s/ Anthony Capozzi
                                             Anthony Capozzi
                                             Counsel for Defendant
                                             Hector Duenas


**ORDER**

IT IS SO ORDERED.

DATED: 2/27/2024

                                             *Sheila K. Oberto*
                                             THE HONORABLE SHEILA K. OBERTO
                                             UNITED STATES MAGISTRATE JUDGE