IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DUENAS ET AL,<br><br>Defendants. | CASE NO. 1:24-CR-00033-NODJ-BAM<br><br>ORDER UNSEALING SECOND SUPERSEDING INDICTMENT |

The United States has previously applied to this Court for the second superseding indictment in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation. With a target of the investigation having been apprehended on March 11, 2024, the government has now moved to unseal the second superseding indictment. As the need for sealing has now ceased:

IT IS ORDERED that the second superseding indictment in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __March 11, 2024__             _____
                                       UNITED STATES MAGISTRATE JUDGE

1