PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00033-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOSE DUENAS ET AL., | DATE: 10/9/2024 |
| Defendants. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on 10/9/2024.

2. By this stipulation, defendants now move to continue the status conference until 1/22/2025, and to exclude time between 10/9/2024, and 1/22/2025, under 18 U.S.C. § 3161(h)(7)(A), B (i) (ii), and (iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, surveillance video, audio recordings, cell phone extractions, and other voluminous materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desires additional time consult with his/her client, review

the voluminous discovery, conduct independent investigation, and pursue a potential pretrial resolution of the case.

      c)      Counsel for defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The parties also need the additional time to negotiate pretrial resolutions and draft plea agreements.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 10/9/2024 to 1/22/2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) (ii), and (iv) because it is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and because failure to grant the continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 19, 2024              PHILLIP A. TALBERT
                                         United States Attorney


                                         /s/ JUSTIN J. GILIO
                                         JUSTIN J. GILIO
                                         Assistant United States Attorney


Dated:  September 19, 2024              /s/ Nicholas Reyes
                                         Nicholas Reyes
                                         Counsel for Defendant
                                         JOSE DUENAS


Dated:  September 10, 2024              /s/ Anthony Capozzi
                                         Anthony Capozzi
                                         Counsel for Defendant
                                         HECTOR DUENAS


Dated:  September 19, 2024              /s/ Roger Wilson
                                         Roger Wilson
                                         Counsel for Defendant
                                         EDUARDA MENDOZA
                                         SANCHEZ


Dated:  September 19, 2024              /s/ Steven Crawford
                                         Steven Crawford
                                         Counsel for Defendant
                                         ANTHONY VARELA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 9, 2024, to **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) (ii), and (iv).

IT IS SO ORDERED.

Dated:   **September 24, 2024**         /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE